AMOS, Respondent, *v.* GREENWAY, Appellant.

*(Supreme Court, General Term, Fourth Department.   May, 1889.)*

No opinion.   Order reversed, with $10 costs and disbursements.

---

OHIO GRINDSTONE CO., Appellant, *v.* HUNTLEY *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.   May, 1889.)*

No opinion.   Judgment affirmed, with costs.

---

SAWYER *et al.*, Respondents, *v.* CROUSE, Appellant.

*(Supreme Court, General Term, Fourth Department.   May, 1889.)*

No opinion.   Judgment affirmed, with costs.

---

ROBERT GERE BANK, Respondent, *v.* INMAN, Appellant.

*(Supreme Court, General Term, Fourth Department.   May, 1889.)*

No opinion.   Judgment affirmed, with costs.

---

LAWTON, Appellant, *v.* ANTHONY, Respondent.

*(Supreme Court, General Term, Fourth Department.   May, 1889.)*

No opinion.   Judgment of the county court of Jefferson county reversed, and the judgment of the justice's court affirmed, with costs.

---

WHEELER, Respondent, *v.* HAZELETT, Appellant.

*(Supreme Court, General Term, Fourth Department.   May, 1889.)*

No opinion.   Order affirmed, with $10 costs and disbursements.